UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61174-RAR

ZHUJITOP HARDWARE TOOLS CO., LTD.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO RELEASE BOND

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Release Bond [ECF No. 40] ("Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby **GRANTED**; and

2. The ten-thousand-dollar ($10,000) bond posted by Zhujitop Hardware Tools Co., Ltd. ("Plaintiff") is hereby released to Plaintiff. The Clerk of the Court is directed to return the security bond previously deposited with the Clerk of the Court to Palmer Law Group, 5353 N. Federal Highway, Suite 402, Fort Lauderdale, FL 33065 via certified mail.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of February, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE